IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23629

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

       Plaintiffs,

vs.

GYMBOREE RETAIL STORES, INC.,

       Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Melvino Technologies Limited and ArrivalStar S.A., by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss, **with prejudice,** all claims against Defendant Gymboree Retail Stores, Inc., with each party to bear its own costs, expenses and attorneys' fees in connection with this action.

Dated:  November 22, 2011.	Respectfully submitted,

/s/ William R. McMahon
William R. McMahon, Esquire
Florida Bar Number: 39044
McMahon Law Firm, LLC
P.O. Box 880567
Boca Raton, Florida 33488
Email: bill@mlfllc.com
Tel: 561-487-7135
Fax: 561-807-5900
**Counsel for Plaintiffs**